UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JANE RIVERS,

     *Plaintiff*,

vs.

SUSAN SQUIRES, Superintendent of Albion Correctional Facility;
JONATHAN DEJESUS, Correction Officer at Albion Correctional Facility,

     *Defendant*

Civil Action No.: 1:23-cv-00154-LJV

**NOTICE OF APPEARANCE**

---

  **PLEASE TAKE NOTICE** that Anthony R. Faraco, Jr, Esq., an attorney admitted to practice before this Court, hereby enters his appearance in this action as counsel of record for Defendant, **JONATHAN DEJESUS**, and demands that all papers and electronic filings in this action also be served upon the undersigned electronically and/or at the post office address below.

Dated: March 5, 2025
   Buffalo, New York

              **Lipsitz Green Scime Cambria LLP**

            By: _/s/ Anthony R. Faraco, Jr._
              Anthony R. Faraco, Jr., Esq.
              *Attorneys for Jonathan DeJesus*
              42 Delaware Avenue, Suite 120
              Buffalo, New York 14202
              (716) 849-1333
              afaraco@lglaw.com